(June 12, 1902.)

## GOODE v. STEELE, JUDGE.

[69 Pac. 319.]

WRIT OF REVIEW—VOID ORDER.—Writ of review will lie to review an order disbarring an attorney from practice made without application and without notice to such attorney, who has no opportunity to be heard as such order is void for want of jurisdiction.

(Syllabus by the court.)

An original proceeding by writ of review.

Willis Sweet and Fremont Wood, for Plaintiff, file no brief.

W. E. Borah, for Defendant, files no brief.

Per CURIAM.—It appears from the petition and exhibits thereto attached, and from the return of the defendant to the writ, that the defendant, as judge of the district court of the second judicial district, did, on the fifteenth day of May, 1902, without application therefor, and without notice to plaintiff, who had no opportunity whatever of presenting his defense, make an order disbarring the plaintiff from practicing law as an attorney in all the courts of this state. Said order is void, because the judge had no jurisdiction to make the same. Said order should be annulled, and it is therefore ordered by this court that the said order be, and the same hereby is, annulled. No costs to be taxed.